UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Brady Fears, Ronald May, Wayne Walker, *Individually and on Behalf of All Those Similary Situated*,

               Plaintiffs,

vs.

Auto Reflections Inc. and Christopher Bourque, *Jointly and Severally*,

               Defendants.

CIVIL ACTION FILE

NO. 1:17-cv-2632-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr. United States District Judge, for consideration of the Defendants' Motion for Arbitration and to Dismiss, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the action be, and the same is hereby **DISMISSED without prejudice** as to putative opt-in plaintiff Marcus Gordon. The remaining sixteen plaintiffs/putative opt-in plaintiffs are compelled to arbitration and this action is **DISMISSED** as to these remaining plaintiffs.

Dated at Atlanta, Georgia, this 8th day of February, 2018.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                    By:  /s/ Janice Micallef
                                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 8, 2018
James N. Hatten
Clerk of Court
    /s/ Janice Micallef
By:_____
      Deputy Clerk